**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JORDYN THULIN,

        Plaintiff,

v.                                         Case No:   6:24-cv-899-PGB-LHP

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

        Defendant

---

**ORDER**

Before the Court is Defendant Embry-Riddle Aeronautical University, Inc.'s Motion to Exclude Plaintiff's Untimely Rule 26(a)(1) Disclosures, or in the Alternative, for Sanctions Pursuant to Rule 37(c)(1), which motion has been referred to the undersigned. Doc. No. 43. Plaintiff responds in opposition. Doc. No. 47. Upon review, given that the Court issued an Amended Case Management and Scheduling Order ("Amended CMSO") subsequent to the filing of the motion, Doc. No. 49, the Court finds a reply brief from Defendant appropriate.

Accordingly, it is **ORDERED** that on or before **July 14, 2025**, Defendant shall file a reply brief, not to exceed **five (5) pages** in length, addressing whether the issuance of the Amended CMSO has any effect on its pending motion (Doc. No. 43),

particularly given that Defendant's claims of prejudice are based on the expiration of a now-inapplicable discovery deadline and concerns regarding trial preparation, with trial now scheduled for June 1, 2026.  *See* Doc. No. 49.  *See also* Fed. R. Civ. P. 37(c)(1) ("If a party fails to provide information or identify a witness as required by Rule 26(a) or (e), the party is not allowed to use that information or witness to supply evidence on a motion, at a hearing, or at a trial, unless the failure was substantially justified *or is harmless*." (emphasis added)).  Alternatively, of course, Defendant may choose to withdraw its motion (Doc. No. 43).

**DONE** and **ORDERED** in Orlando, Florida on July 7, 2025.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -